UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA WILLIAMS,                )<br>          Plaintiff,           )<br>                                 )<br>-v-                              )<br>                                 )<br>CALHOUN COUNTY, BRENT LINCOLN, and )<br>AL BAYM,                         )<br>          Defendants.           )<br>_____ ) | No. 1:13-cv-927<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 27, 2015                           /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge